Jerold B. Schnayer (*pro hac vice* application pending)
Daniel R. Cherry (*pro hac vice* application pending)
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501

John S. Siamas (State Bar No. 049061)
William R. Overend (State Bar No. 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:    415.391.8269

Attorneys for Plaintiff
Papst Licensing GMBH & Co. KG

FILED
SEP 28 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAPST LICENSING GMBH & Co. KG, a German corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CORNICE, INC., a Delaware corporation, SAE MAGNETICS LIMITED, a company located in Hong Kong, and TDK CORPORATION, a company located in Japan,<br><br>Defendants. | No.: C-05-03880-EMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JEROLD B. SCHNAYER PRO HAC VICE |

Jerold B. Schnayer, an active member in good standing of the bar of the State of Illinois, whose business address and telephone number is Welsh & Katz, Ltd., 120 South Riverside Plaza, 22nd Floor, Chicago, Illinois 60606, telephone (312) 655.1500, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Papst Licensing GMBH & Co., KG.

– 1 –

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance pro hac
3  vice. Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, Electronic Case Filing.

DATED: September 28, 2005.

_____
Magistrate Judge Edward M. Chen