REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1   Jerold B. Schnayer (*pro hac vice* application pending)
    Daniel R. Cherry (*pro hac vice* application pending)
2   WELSH & KATZ, LTD.
    120 S. Riverside Plaza, 22nd Floor
3   Chicago, Illinois  60606
    Telephone:  (312) 655-1500
4   Facsimile:  (312) 655-1501

5   John S. Siamas (State Bar No. 049061)
    William R. Overend (State Bar No. 180209)
6   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
7   San Francisco, CA  94111

8   **Mailing Address:**
    P.O. Box 7936
9   San Francisco, CA  94120-7936

10  Telephone:     415.543.8700
    Facsimile:     415.391.8269
11
    Attorneys for Plaintiff
12  Papst Licensing GmbH & Co. KG

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18  PAPST LICENSING GMBH & Co. KG, a       No. C-05-03880-MMC
    German corporation
19                                          **JOINT STIPULATION TO EXTEND TIME
                  Plaintiff,                TO ANSWER OR OTHERWISE PLEAD
20                                          FOR DEFENDANT CORNICE** ; ORDER
             vs.                            THEREON
21                                          **[Civ. L.R. 6-1(a)]**
    CORNICE, INC., a Delaware
22  corporation; SAE MAGNETICS
    LIMITED, a company located in Hong
23  Kong; and TDK CORPORATION, a
    company located in Japan
24
                  Defendants.
25

26

27

28
    Action No. C-05-03880-EMC            - 1 -

    JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD FOR DEFENDANT CORNICE

1    Pursuant to Civil Local Rule 6-1(a), Plaintiff Papst Licensing GmbH & Co. KG and

2    Defendant Cornice, Inc., hereby stipulate that the time to answer or otherwise plead in response to

3    the Complaint shall, for Defendant Cornice, Inc. only, be extended by thirty (30) days to

4    November 16, 2005.

5

6    Dated:  October 17, 2005                          Dated:  October 17, 2005

7    REED SMITH LLP                                    STALLMAN & POLLOCK LLP

8

9
      By:        /s/                                   By:        /s/
10          William R. Overend                              Michael A. Stallman

11          Attorneys for Plaintiff                         Attorneys for Defendant
            Papst Licensing GmbH & Co. KG                   Cornice, Inc.
12

13

14

15    Dated: October 18, 2005

16

17                                         IT IS SO ORDERED

18                                         Judge Maxine M. Chesney

19

20

21

22

23

24

25

26

27

28

Action No. C-05-03880-EMC                      - 2 -

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD FOR DEFENDANT CORNICE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.