Jerold B. Schnayer (*pro hac vice*)
Daniel R. Cherry (*pro hac vice* application pending)
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, Illinois  60606
Telephone:  (312) 655-1500
Facsimile:  (312) 655-1501

John S. Siamas (State Bar No. 049061)
William R. Overend (State Bar No. 180209)
Jonah D. Mitchell (State Bar No. 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    415.543.8700
Facsimile:    415.391.8269

Attorneys for Plaintiff
Papst Licensing GmbH & Co. KG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAPST LICENSING GMBH & Co. KG, a German corporation<br><br>Plaintiff,<br><br>vs.<br><br>CORNICE, INC., a Delaware corporation; SAE MAGNETICS LIMITED, a company located in Hong Kong; and TDK CORPORATION, a company located in Japan<br><br>Defendants. | No. C-05-03880-MMC<br><br>**JOINT STIPULATION TO FURTHER EXTEND TIME TO ANSWER OR OTHERWISE PLEAD FOR DEFENDANT CORNICE ; ORDER THEREON**<br><br>[Civ. L.R. 6-1(a)] |

Action No. C-05-03880-MMC                                           - 1 -

JOINT STIPULATION TO FURTHER EXTEND TIME TO ANSWER OR OTHERWISE PLEAD FOR DEFENDANT CORNICE

DOCSSFO-12420961.1

Pursuant to Civil Local Rule 6-1(a), Plaintiff Papst Licensing GmbH & Co. KG and Defendant Cornice, Inc., hereby stipulate that the time to answer or otherwise plead in response to the Complaint shall, for Defendant Cornice, Inc. only, be further extended by fourteen (14) days, from November 16, 2005 to November 30, 2005.

Dated: November 11, 2005

REED SMITH LLP

By: /s/
Jonah D. Mitchell

Attorneys for Plaintiff
Papst Licensing GmbH & Co. KG

Dated: November 11, 2005

STALLMAN & POLLOCK LLP

By: /s/
Michael A. Stallman

Attorneys for Defendant
Cornice, Inc.

Dated: November 14, 2005



IT IS SO ORDERED
Judge Maxine M. Chesney

Action No. C-05-03880-MMC                      - 2 -

JOINT STIPULATION TO FURTHER EXTEND TIME TO ANSWER OR OTHERWISE PLEAD FOR DEFENDANT CORNICE