# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

E-Filing

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

December 1, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1298 -- In re Papst Licensing, GmbH, Patent Litigation

*Papst Licensing GmbH & Co. KG v. Cornice, Inc., et al.,* N.D. California, C.A. No. 3:05-3880

Dear Ms. Whyte:

A conditional transfer order was filed in the above matter on October 31, 2005. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By *Denise Morgan*
Deputy Clerk

Enclosures

cc:  Transferee Judge: Judge Carl J. Barbier
     Transferor Judge: Judge Maxine M. Chesney
     Transferor Clerk: Richard W. Wieking

JPML Form 68

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 1 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1298

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PAPST LICENSING, GMBH, PATENT LITIGATION

*Papst Licensing GmbH & Co. KG v. Cornice, Inc., et al.*, N.D. California, C.A. No. 3:05-3880

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action on October 31, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, defendant Cornice, Inc. (Cornice) filed a notice of opposition to the proposed transfer. Cornice has now notified the Panel that it withdraws its initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-2" filed on October 31, 2005, is LIFTED, and thus this action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Carl J. Barbier.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

## INVOLVED COUNSEL LIST (CTO-2)
## DOCKET. 1298
## IN RE PAPST LICENSING, GMBH, PATENT LITIGATION

Daniel R. Cherry
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

Harry S. Hardin, III
Jones, Walker, Waechter, et al.
201 St. Charles Avenue
50th Floor
New Orleans, LA 70170

Gene W. LaFitte, Sr.
Liskow & Lewis
701 Poydras St.
One Shell Square, Suite 5000
New Orleans, LA 70139

Joel E. Lutzker
Schulte, Roth & Zabel
919 Third Avenue
New York, NY 10022

John S. Siamas
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94120

James Swanson
Correro Fishman, et al.
201 St. Charles Avenue
46th Floor
New Orleans, LA 70170

Steven W. Usdin
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130